**STATE of Missouri, Respondent,**

v.

**Kerry MELTON, Appellant.**

**No. ED 97361.**

Missouri Court of Appeals,
Eastern District.
Division Five.

Nov. 13, 2012.

Erika R. Eliason, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT M. CLAYTON III, J., and LISA K. PAGE, Sp.J.

## *ORDER*

PER CURIAM.

Kerry Melton appeals the judgment entered upon a jury's verdict convicting him of stealing and second-degree burglary. We find that the trial court did not plainly err in failing to *sua sponte* give a self-defense instruction for the charge of stealing. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).